UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CATALA D/B/A MAJIC ENTERTAINMENT LLC D/B/A ADRAWN MUSIC PUBLISHING,

        Plaintiffs,

- against -

JOOMBAS CO. LTD, JOOMBAS MUSIC INT'L, JOOMBAS LLC, JOOMBAS MUSIC GROUP, HYUK SHIN, THE LA REID MUSIC PUBLISHING COMPANY LLC, EMI APRIL MUSIC INC., SONY/ATV SONGS LLC,

        Defendants.

**ORDER**

18 Civ. 8401 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiff moved for reconsideration of this Court's September 23, 2019 Order (Dkt. 80). Plaintiff's motion for reconsideration and request for leave to amend is denied. The Clerk will terminate the motions (Dkt. Nos. 82, 90). The reasons for the Court's decision will be set forth in a subsequent opinion.

Dated:    New York, New York
            March 31, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge