UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CATALA D/B/A MAJIC
ENTERTAINMENT LLC D/B/A ADRAWN
MUSIC PUBLISHING,

                Plaintiffs,

- against -

JOOMBAS CO. LTD, JOOMBAS MUSIC
INT'L, JOOMBAS LLC, JOOMBAS
MUSIC GROUP, HYUK SHIN, THE LA
REID MUSIC PUBLISHING COMPANY
LLC, EMI APRIL MUSIC INC.,
SONY/ATV SONGS LLC,

                Defendants.

**ORDER**

18 Civ. 8401 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court will conduct a status conference on **September 17, 2021 at 11:00 a.m.** by telephone. Plaintiff and Plaintiff's current and intended replacement counsel are required to attend. By September 13, 2021, the parties will jointly file a letter describing the remaining discovery and proposing a schedule for its completion. Plaintiff's counsel will mail a copy of this order to Plaintiff.

      With respect to the September 17, 2021 conference, the parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court

knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated:    New York, New York
        September 2, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge