UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CATALA, d/b/a MAJIC
ENTERTAINMENT LLC, d/b/a ADRAWN
MUSIC PUBLISHING,

                        Plaintiff,

- against -

JOOMBAS CO. LTD., JOOMBAS MUSIC
INT'L, JOOMBAS LLC, JOOMBAS MUSIC
GROUP, HYUK SHIN, THE LA REID
MUSIC PUBLISHING COMPANY LLC,
EMI APRIL MUSIC INC., and SONY/ATV
SONGS LLC,

                        Defendants.

**ORDER**

18 Civ. 8401 (PGG) (GWG)

PAUL G. GARDEPHE, U.S.D.J:

        On July 26, 2023, this Court directed that the documents under seal at Dkt. Nos. 147 and 149 will be unsealed by August 2, 2023, absent a motion to seal. (July 26, 2023 Order (Dkt. No. 172) at 3) No motion to seal has been filed. Accordingly, the Court would be within its rights to unseal these documents in their entirety. Having reviewed the nearly 800 sealed documents, however, it appears to the Court that some portions contain personal identifying information, including Social Security numbers, bank account numbers, and home addresses.

        By **August 11, 2023**, the parties will re-file on the public docket the documents at Dkt. Nos. 147 and 149, with redactions of any personal identifying information. If no redacted documents are filed by **August 11, 2023**, the documents currently under seal will be unsealed.

Dated:  New York, New York
          August 4, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge