UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CATALA, d/b/a MAJIC
ENTERTAINMENT LLC, d/b/a ADRAWN
MUSIC PUBLISHING,

                              Plaintiff,

- against -

JOOMBAS CO. LTD., JOOMBAS MUSIC
INT'L, JOOMBAS LLC, JOOMBAS MUSIC
GROUP, HYUK SHIN, THE LA REID
MUSIC PUBLISHING COMPANY LLC,
EMI APRIL MUSIC INC., and SONY/ATV
SONGS LLC,

                              Defendants.

**ORDER**

18 Civ. 8401 (PGG) (GWG)

PAUL G. GARDEPHE, U.S.D.J:

        On July 26, 2023, this Court directed that the documents under seal at Dkt. Nos. 147 and 149 will be unsealed by August 2, 2023, absent a motion to seal.  (July 26, 2023 Order (Dkt. No. 172) at 3)  No motion to seal has been filed.  This Court reviewed the nearly 800 pages of sealed documents, and found that some portions contain personal identifying information, including Social Security numbers, bank account numbers, and home addresses.  Accordingly, on August 4, 2023, this Court directed the parties to re-file on the public docket the documents at Dkt. Nos. 147 and 149, with redactions of any personal identifying information.  This Court noted that if no redacted documents were filed by August 11, 2023, the documents currently under seal will be unsealed.

        On August 8, 2023, Defendant Hyuk Shin filed four redacted documents.  These documents are the redacted versions of the sealed documents at Dkt. Nos. 147-1, 147-5, 149-4, and 149-6.  Because no other redacted documents have been filed and no motion to seal has been filed, the remaining documents that are sealed at Dkt. Nos. 147 and 149 will be unsealed.

2

           The Clerk of Court is directed to unseal and make visible to the public the documents at Dkt. Nos. 147-2, 147-3, 147-4, 147-6, 147-7, 147-8, 149-1, 149-2, 149-3, and 149-5.

Dated: New York, New York
       August 17, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge