**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

JUAN CATALA, d/b/a MAJIC
ENTERTAINMENT LLC, d/b/a ADRAWN
MUSIC PUBLISHING,

                Plaintiff,                              18 **CIVIL** 8401 (PGG)(GWG)

      -against-                                  **JUDGMENT**

JOOMBAS CO. LTD., JOOMBAS MUSIC INT'L,
JOOMBAS LLC, JOOMBAS MUSIC GROUP,
HYUK SHIN, THE LA REID MUSIC
PUBLISHING COMPANY LLC, EMI APRIL
MUSIC INC., and SONY/ATV SONGS LLC,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 20, 2023, Plaintiff's motion for summary judgment is DENIED, and Defendant Shin's motion for summary judgment is GRANTED. Plaintiff's motion to strike Defendant's affirmative defenses is denied as moot; accordingly, the case is closed.

**Dated:**  New York, New York
         September 20, 2023

                                                               **RUBY J. KRAJICK**

                                                                  _____
                                                                      **Clerk of Court**

                                  **BY:**

                                                                  _____
                                                                      **Deputy Clerk**