UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CATALA, d/b/a MAJIC
ENTERTAINMENT LLC, d/b/a ADRAWN
MUSIC PUBLISHING,

                              Plaintiff,

          - against -

JOOMBAS CO. LTD., JOOMBAS MUSIC
INT'L, JOOMBAS LLC, JOOMBAS MUSIC
GROUP, HYUK SHIN, THE LA REID
MUSIC PUBLISHING COMPANY LLC, EMI
APRIL MUSIC INC., and SONY/ATV
SONGS LLC,

                              Defendants.

**ORDER**

18 Civ. 8401 (PGG) (GWG)

PAUL G. GARDEPHE, U.S.D.J:

On August 6, 2025, William I. Hochberg of Raines Feldman Littrell LLP moved to withdraw as counsel for Defendants Joombas Co. Ltd., Joombas Music Int'l, Joombas LLP, Joombas Music Group, and Hyuk Shin.  (See Dkt. No. 188)  As set forth in this Court's August 6, 2025 order (see Dkt. No. 187) – given the motion to withdraw – Defendant Shin and an appropriate corporate representative from the Joombas Defendants must appear at the conference scheduled for **September 18, 2025, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  Mr. Hochberg is directed to transmit this Order to his clients.

Dated:  New York, New York
          August 11, 2025

SO ORDERED.

Paul R. Gardephe

Paul G. Gardephe
United States District Judge