# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York  10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

September 25, 2025

VIA ECF

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 519
New York, NY 10007-1312

MEMORANDUM ENDORSED

Re: *Catala v. Joombas Co., Ltd.*, 1:18-cv-08401-PGG-GWG

Dear Judge Gorenstein:

We represent Hyuk Shin and the Joombas Defendants in the above-referenced matter. The Court has scheduled a Video Settlement Conference for **October 15, 2025 at 10:00 a.m.**  ECF 195.  In accordance with Section 1.F. of Your Honor's Individual Practices, I am writing to respectfully request adjournment of the Video Settlement Conference to **October 28, 2025 at 10:00 a.m.**  Plaintiff Juan Catala consents to this requested adjournment, which is very much appreciated.

Respectfully submitted,

Hillel I. Parness

cc: Counsel of Record (via ECF)

The settlement conference is adjourned to October 28, 2025, at 10:00 a.m.  The requirements of Docket # 195 continue to apply.  Settlement submissions are due October 22, 2025.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 26, 2025