AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | NEW YORK |

| JUAN CATALA DBA MAJIC ENTERTAINMENT | **CONSENT ORDER GRANTING** |
| Plaintiff(s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| JOOMBAS CO. LTD., ET AL. | CASE NUMBER: 18-CV-08401-PGG |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, DEFS. JOOMBAS CO LTD. ET AL. substitutes
(Party(s) Name)

HILLEL I. PARNESS , State Bar No. NY 2715092 as counsel of record in
(Name of New Attorney)

place of REBECCA AVRUTIN FOLEY and WILLIAM HOCHBERG .
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: PARNESS LAW FIRM, PLLC
Address: 136 MADISON AVE., 6TH FLOOR, NY, NY 10016
Telephone: 212-447-5299     Facsimile 212-202-6002
E-Mail (Optional): HIP@HIPLAW.COM

I consent to the above substitution.
Date: 09/24/25

*(Signature of Party(s))*

I consent to being substituted.
Date: 9/25/25

Rebecca Avrutin Foley   Digitally signed by Rebecca Avrutin Foley
Date: 2025.09.25 12:23:08 -04'00'

*(Signature of Former Attorney(s))*

I consent to the above substitution.
Date: 9/25/25

3d8271f7-6ab1-4d51-9105-9d4516eabb4e   Digitally signed by 3d8271f7-6ab1-4d51-9105-9d4516eabb4e
Date: 2025.09.25 08:37:16 -04'00'

*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/29/2025

Paul S. Gardephe
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]