UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUAN CATALA                                      :

                                                           :     ORDER
                           Plaintiff,
                                                         :     18 Civ. 8401 (PGG) (GWG)
   -v.-
                                                          :

JOOMBAS CO LTD et al.,                         :

                                                          :
                      Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       The parties are directed to consult with each other and to file a letter on or before November 14, 2025, providing their views as to the status of this matter and the next steps to be taken in this case. If the parties do not agree, the parties' proposals may be presented in separate letters or a jointly composed letter.

       SO ORDERED.

Dated: October 29, 2025
       New York, New York

                                                                                    GABRIEL W. GORENSTEIN
                                                                      United States Magistrate Judge