UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JUAN CATALA                                       :

                                                  :    ORDER
              Plaintiff,
                                                  :    18 Civ. 8401 (PGG) (GWG)
    -v.-
                                                  :

JOOMBAS CO LTD et al.,                            :

                                                  :
              Defendants.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    The Court will hold a second settlement conference only when both sides inform the Court in a jointly composed letter that they have exchanged all discovery necessary for participation in a second settlement conference, have discussed settlement terms with each other based on any new information acquired since the last settlement conference, have been unable to achieve a settlement without assistance, and believe that holding a second settlement conference could potentially result in a settlement. Any such letter shall propose several dates and times for which counsel and their clients are available.

    In the meantime, this case must proceed. It is not clear whether the defendant agrees with plaintiff's contention that plaintiff is entitled to further discovery. The parties shall consult forthwith. If they agree on this issue, they shall file a joint letter on or before December 12, 2025, with a proposal for the schedule for such discovery as well as its scope. If they disagree, plaintiff shall file a motion to re-open discovery on the same date. Briefing thereafter shall be in accordance with paragraph 2.B of the Court's Individual Practices.

    SO ORDERED.

Dated: November 14, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge