UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JUAN CATALA et al.,                                          :

                  Plaintiffs,                    :          <u>SCHEDULING ORDER</u>

   -v.-                                                     :          18 Civ. 8401 (PGG) (GWG)

JOOMBAS CO. LTD., et al.,                                    :

                  Defendants.                     :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Having considered the views of the parties, the following scheduling order is issued pursuant to Fed. R. Civ. P. 16 with respect to the remaining discovery in this case.   The Court will not now adjudicate any disputes regarding particular document requests.   Any such disputes must be addressed to the Court in accordance with paragraph 2.A of its Individual Practices.

      1.      Counsel shall confer with one another by telephone or in person within 21 days of the date of this Order regarding production of electronically stored information (ESI), including but not limited to sources of relevant ESI; steps taken or to be taken to preserve relevant ESI; identification of appropriate custodians; ESI search and review procedures; form of production of ESI; and any limitations or anticipated difficulties regarding discovery or production of ESI.

      3.      All requests for documents and interrogatories shall be served by January 30, 2026.

      4.      All non-expert discovery shall be commenced in time to be completed by May 15, 2026.

      5.      Disclosure of expert evidence as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts, if any, shall be made by June 5, 2026.

      The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by June 26, 2026

      6.      Depositions of experts shall be completed by July 10, 2026

      7.      Any letter to Judge Gardephe requesting permission to make a summary judgment motion shall be filed by July 10, 2026.   However, if no party served an expert report pursuant to paragraph 5, the letter shall be due by June 12, 2026.

9.      If no letter requesting permission to file a summary judgment motion is filed, the pretrial order materials required by Judge Gardephe's Individual Practices shall be filed by July 24, 2026.   However, if no party served an expert report pursuant to paragraph 5, the pretrial order materials shall be filed by June 26, 2026.

10.      All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery.   Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application and in accordance with this Court's Individual Practices.   Any application not in compliance with this paragraph will be denied.    To the extent a party expects to produce electronically stored information, the parties shall promptly discuss the protocols for the search and review of such material.

11.      All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein .   Discovery applications -- that is, any application or motion pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such an application arises.   In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery.   Untimely applications will be denied.

SO ORDERED.

Dated: January 16, 2026
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge