UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN CATALA D/B/A MAJIC ENTERTAINMENT LLC D/B/A ADRAWN MUSIC PUBLISHING,<br><br>            Plaintiff,<br><br>         -against-<br><br>JOOMBAS CO. LTD, JOOMBAS MUSIC INT'L, JOOMBAS LLC, JOOMBAS MUSIC GROUP, HYUK SHIN, THE LA REID MUSIC PUBLISHING COMPANY LLC, EMI APRIL MUSIC INC., SONY/ATV SONGS LLC<br><br>           Defendants. | **NOTICE OF PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST PURSUANT TO THE HAGUE EVIDENCE CONVENTION AND FED. R. CIV. P. 28(b)**<br><br>No. 18-CV-8401 |

      **PLEASE TAKE NOTICE**, that upon the accompanying memorandum of law, the declaration of N. Keith White, Esq. and the exhibits annexed thereto, Plaintiff Juan Catala will move this Court before the Honorable Judge Gorenstein, United States Magistrate Judge, at a date and time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 28(b) and the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters authorizing the issuance of a Letter of Request to the competent judicial authority in the Republic of Korea for the production of documents from the Korea Music Copyright Association ("KOMCA").

Dated: March 26, 2026
Brooklyn, NY

                             /s/ N. Keith White, Esq.
                               N. Keith White, Esq.
                                Keith white, PLLC
                              396 Waverly Avenue
                              Brooklyn, NY 11238
                              718-403-9261
                             keith@keithwhitelaw.com
                             Attorneys for the Plaintiff