UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN CATALA D/B/A MAJIC ENTERTAINMENT LLC D/B/A ADRAWN MUSIC PUBLISHING,<br><br>                Plaintiff,<br><br>-against-<br><br>JOOMBAS CO. LTD, JOOMBAS MUSIC INT'L,<br><br>JOOMBAS LLC, JOOMBAS MUSIC GROUP, HYUK SHIN, THE LA REID MUSIC PUBLISHING COMPANY LLC, EMI APRIL MUSIC INC., SONY/ATV SONGS LLC<br><br>                Defendants. | **DECLARATION OF N. KEITH WHITE IN SUPPORT OF PLAINTIFF'S MOTION FOR ISSUANCE OF A LETTER OF REQUEST PURSUANT TO THE HAGUE EVIDENCE CONVENTION AND FED. R. CIV. P. 28(b)**<br><br>No. 18-CV-8401 |

I, N. Keith White, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court and am counsel of record for Plaintiff in the above-captioned action. I submit this Declaration in support of Plaintiff's Motion for an Order pursuant to Federal Rule of Civil Procedure 28(b) and the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Hague Convention"), authorizing the issuance of a Letter of Request to the competent judicial authority in the Republic of Korea for the production of documents from the Korea Music Copyright Association ("KOMCA"). I have personal knowledge of the facts set forth herein, except as to those matters stated on information and belief, which I believe to be true.

2. This action involves claims for which evidence concerning the ownership, administration, registration, licensing, and royalty-related information for certain musical works is relevant and material. Plaintiff seeks targeted documentary evidence maintained by KOMCA, an entity located in the Republic of Korea, that cannot be obtained through this Court's subpoena power.

3. KOMCA is a music copyright collective management organization based in the Republic of Korea that maintains records concerning musical work registrations, interested parties, publishing and ownership information, and related documentation relevant to this action.

4. The documents sought from KOMCA are material because they are expected to bear directly on the identity of copyright claimants, chain of title, ownership and publishing interests, registration data, and administration rights for the musical works at issue.

5. Plaintiff has made reasonable efforts to obtain the requested information through other available means, but the relevant records are believed to be solely in KOMCA's possession in the Republic of Korea. Because KOMCA is not subject to this Court's domestic subpoena procedures, Plaintiff seeks judicial assistance under Rule 28(b) and the Hague Convention.

6. The Republic of Korea is a contracting state to the Hague Convention. Rule 28(b) expressly authorizes the taking of evidence in a foreign country pursuant to a letter of request, whether or not captioned a "letter rogatory," making this the appropriate mechanism for obtaining evidence located in Korea.

7. Plaintiff seeks issuance of a Letter of Request to the competent judicial authority in the Republic of Korea for the production of specified categories of documents from KOMCA, limited to records relevant to the claims in this action.

8. The documents to be requested from KOMCA include records sufficient to identify and reflect, for the musical works at issue: registered and alternate titles, interested parties, composers, lyricists, arrangers, publishers, administrators, ownership shares, registration dates, membership or affiliation information, territory information, licensing and administration designations, royalty-related records, and any amendments, transfers, assignments, or other changes reflected in KOMCA's files.

9. Plaintiff is informed and believes that the requested evidence is not privileged under the laws of the United States and that its production is consistent with the evidentiary purposes of the Hague Convention.

10. The proposed Letter of Request is necessary to secure highly probative evidence unavailable absent international judicial assistance. Without this relief, Plaintiff will be substantially prejudiced in its ability to obtain evidence necessary to prosecute its claims.

11. The requested relief is consistent with principles of international comity. Issuance of the Letter of Request will permit Plaintiff to seek evidence through formal mechanisms recognized by both the Republic of Korea and the Hague Convention, thereby respecting foreign sovereignty while facilitating fair adjudication.

12. Attached hereto as Exhibit A is the proposed Letter of Request; as Exhibit B is the subpoena Plaintiff sought to serve upon KOMCA; and as Exhibit C is the proposed order to issue the Letter of Request.

13. I make this Declaration in support of Plaintiff's Motion and for such other and further relief as the Court deems just and proper.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  Brooklyn, New York
       March 26, 2026

By:    Keith White, Esq.
          /s/ n. keith white

Attorney for Plaintiff
Keith White, PLLC
396 Waverly Avenue
Brooklyn, New York 11238
(T) (718) 403-9261
keith@keithwhitelaw.com