UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN CATALA D/B/A MAJIC ENTERTAINMENT LLC D/B/A ADRAWN MUSIC PUBLISHING,<br><br>               Plaintiff,<br><br>-against-<br><br>JOOMBAS CO. LTD, JOOMBAS MUSIC INT'L,<br><br>JOOMBAS LLC, JOOMBAS MUSIC GROUP, HYUK SHIN, THE LA REID MUSIC PUBLISHING COMPANY LLC, EMI APRIL MUSIC INC., SONY/ATV SONGS LLC<br><br>               Defendants. | **LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**<br><br>No. 18-CV-8401 |

**To the Competent Judicial Authority in the Republic of Korea:**

The United States District Court for the Southern District of New York presents its compliments to the competent judicial authority of the Republic of Korea and respectfully requests judicial assistance in obtaining evidence for use in a civil proceeding pending before this Court.

### Requesting Judicial Authority

The requesting authority is:

The Honorable Gabriel W. Gorenstein United States Magistrate Judge United States District Court Southern District of New York 500 Pearl Street New York, New York 10007 United States of America.

**Nature of the Proceeding**

This Letter of Request is issued in connection with a civil action presently pending before this Court. The evidence sought by this request is intended for use at trial and in pretrial proceedings in that action.

**Request for Assistance**

This Court respectfully requests that the competent judicial authority in the Republic of Korea cause the production of documents by the Korea Music Copyright Association ("KOMCA"), located in the Republic of Korea, concerning records relating to songs written, published, registered, owned, or controlled by Hyuk Shin, Joombas, and any Joombas affiliated companies.

**Evidence to Be Obtained**

This Court respectfully requests the production of true and complete copies of documents and records in the possession, custody, or control of KOMCA sufficient to identify all songs that have been, at any time, written, published, registered, owned, or controlled by any of the following:

(a) Hyuk Shin;

(b) Joombas; and

(c) any Joombas affiliated company or companies.

Without limiting the foregoing, the requested documents and records include, to the extent maintained by KOMCA:

(a) song registration records; (b) copyright registration or deposit records; (c) publisher and sub-publisher information; (d) songwriter, composer, lyricist, arranger, and contributor information; (e) ownership and administration records; (f) records identifying rightsholders, beneficiaries, and interested parties; (g) works catalogs and repertory listings; (h) documentation reflecting any changes in registration, ownership, control, administration, or publishing status; and (i) any indices, databases, reports, spreadsheets, or other compilations sufficient to identify such songs and the associated ownership, publishing, registration, and control information. To the extent possible, this Court requests that the records produced identify, for each song, the title, alternate title, writers, composers, lyricists, publishers, affiliated entities, registration number or work number, date of registration, ownership interests, and any other information maintained by KOMCA sufficient to identify the work and the persons or entities claiming rights in it.

### Relevant Time Period

Unless the competent judicial authority determines that a different period is required by applicable law, this Court requests the production of responsive records for the fullest period available in KOMCA's files, records, and databases.

### Form of Production

This Court respectfully requests that the documents be produced in the form in which they are ordinarily maintained, including electronically stored information where applicable. To the extent feasible, electronic records should be produced in searchable electronic format together with any reasonably available metadata or accompanying fields necessary to understand the records.

**Procedure to Be Followed**

This Court respectfully requests that the competent judicial authority employ such procedures as are available under the law of the Republic of Korea to obtain the requested evidence from KOMCA and transmit the resulting documents to this Court. If certification or authentication is customary or required under the law of the Republic of Korea, this Court respectfully requests that the produced records be certified or authenticated in accordance with applicable procedures.

**Relevance and Necessity**

The documents sought are relevant and material to claims and defenses at issue in the civil proceeding pending before this Court. The requested evidence is believed to be in the possession, custody, or control of KOMCA in the Republic of Korea and cannot be obtained as effectively without the assistance of the judicial authorities of the Republic of Korea.

**Privileges and Protections**

This Court does not intend by this request to require the production of any material protected from disclosure under the applicable law of the Republic of Korea. The competent judicial authority may decline to compel production of any material protected by privilege, confidentiality, or other applicable immunity or restriction under the laws of the Republic of Korea.

**Return of Evidence**

This Court respectfully requests that the documents obtained in response to this Letter of Request be transmitted to:

Clerk of Court United States District Court Southern District of New York 500 Pearl Street New York, New York 10007 United States of America with reference to the above-captioned matter, or to such counsel or other designee as this Court may direct.

**Closing**

The United States District Court for the Southern District of New York expresses its gratitude for the assistance of the competent judicial authority of the Republic of Korea in this matter and offers assurances of its highest consideration.

Issued at New York, New York, United States of America, on                    ,    20__.

The Honorable Gabriel W. Gorenstein United States Magistrate Judge United States District Court Southern District of New York.