UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN CATALA D/B/A MAJIC ENTERTAINMENT LLC D/B/A ADRAWN MUSIC PUBLISHING,<br><br>               Plaintiff,<br><br>-against-<br><br>JOOMBAS CO. LTD, JOOMBAS MUSIC INT'L,<br><br>JOOMBAS LLC, JOOMBAS MUSIC GROUP, HYUK SHIN, THE LA REID MUSIC PUBLISHING COMPANY LLC, EMI APRIL MUSIC INC., SONY/ATV SONGS LLC<br><br>               Defendants. | **[PROPOSED] ORDER FOR ISSUANCE OF LETTER OF REQUEST**<br><br>No. 18-CV-8401 |

Upon consideration of the request for issuance of a Letter of Request pursuant to Federal Rule of Civil Procedure 28(b) and the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, and for good cause shown, it is hereby ORDERED as follows:

1. The Court authorizes the issuance of a Letter of Request to the competent judicial authority in the Republic of Korea, pursuant to Federal Rule of Civil Procedure 28(b) and the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, for the purpose of obtaining documentary evidence from the Korea Music Copyright Association ("KOMCA").

2. The Letter of Request may seek the production of documents, records, and other materials in the possession, custody, or control of KOMCA that are relevant to the claims and defenses in this action and described with reasonable particularity in the proposed Letter of Request submitted to the Court.

3. The Clerk of Court is authorized to execute, issue, and transmit, or cause to be transmitted through appropriate channels, the Letter of Request, together with any accompanying materials, to the competent judicial authority in the Republic of Korea for execution in accordance with the Hague Convention and applicable law.

4. The parties are authorized to take all reasonable steps necessary to effectuate this Order and the transmission and execution of the Letter of Request, including preparing translations, conforming the request to the requirements of the Republic of Korea, and coordinating with any appropriate foreign authorities or agents.

5. Any documents produced by KOMCA in response to the Letter of Request shall be deemed produced in this action and may be used in accordance with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and any applicable orders of this Court.

6. This Order is without prejudice to any party's right to object to the admissibility, materiality, relevance, or use of any evidence obtained pursuant to the Letter of Request.

IT IS SO ORDERED.

Dated:             _, 20

UNITED STATES DISTRICT JUDGE