UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JUAN CATALA, :

Plaintiffs, : ORDER

-v.- : 18 Civ. 8401 (PGG) (GWG)

JOOMBAS CO. LTD., et al., :

Defendants. :
---------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The deadline for the completion of all discovery has expired in this matter. See Order dated January 16, 2026 (Docket # 214) ¶ 6; Order dated May 15, 2026 (Docket # 220). The deadline for the filing of any letter to Judge Gardepehe seeking permission to make a summary judgment expired on August 11, 2026. See id.[1]

The parties shall file the pretrial order materials required by Section X.A, X.B and X.C of Judge Gardephe's Individual Practices on or before September 25, 2026.

SO ORDERED.

Dated: September 11, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge

[1] If a party served an expert report, that deadline expired instead on September 8, 2026.