PARNESS LAW FIRM, PLLC
136 Madison Avenue, 6th Floor • New York, New York 10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

September 16, 2026

VIA ECF

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 519
New York, NY 10007-1312

MEMORANDUM ENDORSED

Re: *Catala v. Joombas Co., Ltd.*, 1:18-cv-08401-PGG-GWG

Dear Judge Gorenstein:

I represent Defendant Hyuk Shin in the above-referenced matter. Together with counsel for Plaintiff Juan Catala, and pursuant to paragraph 1.E of Your Honor's Individual Practices, the parties jointly request a 30-day extension of the September 25, 2026 deadline established by the Court's September 11, 2026 Order (ECF 224) for the submission of the pretrial materials specified in Sections X.A, X.B, and X.C of Judge Gardephe's Individual Rules and Practices. Because the thirtieth day falls on Sunday, October 25, 2026, the parties respectfully request that the deadline be extended to Monday, October 26, 2026.

The requested extension will provide the parties sufficient time to confer concerning the required joint submissions, narrow the issues requiring the Court's attention, and prepare the remaining pretrial materials.

This extension is also respectfully requested because of the significant preexisting professional and personal commitments of counsel for both parties. The undersigned counsel for Defendant has significant professional commitments during the requested extension period, including two ongoing appeals to the Second Circuit and one to the New York Supreme Court, Appellate Division; pretrial submissions due in a New York Supreme Court matter; and weekly teaching obligations at Columbia Law School from early September through early December. My schedule is further constrained by his observance of the Jewish holidays and additional family commitments during the same period. Counsel for Plaintiff is also engaged in pressing matters over the next two weeks and therefore joins in the request for the 30 day enlargement.

This is the parties' first request to extend the September 25, 2026 deadline set forth in ECF 224, although the date set by the January 16, 2026 Order (ECF 214) was previously extended by 60 days to September 22, 2026, via the May 15, 2026 Order (ECF 220).

Both parties consent to and jointly request this extension, and no other scheduled date or deadline would be affected.

We thank the Court for its consideration.

Respectfully submitted,

Hillel I. Parness

cc: Counsel of Record (via ECF)

Extension to October 26, 2026, granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 17,2026