PARNESS LAW FIRM, PLLC
136 Madison Avenue, 6th Floor • New York, New York 10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

November 2, 2026

VIA ECF

MEMORANDUM ENDORSED

Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2204
New York, NY 10007

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 519
New York, NY 10007-1312

Re: *Catala v. Shin*, No. 1:18-cv-08401-PGG-GWG

Dear Judge Gardephe and Judge Gorenstein:

I represent Defendant Hyuk Shin ("Defendant") in the above-referenced matter. Keith White of The Law Office of Keith White, PLLC represents Plaintiff Juan Catala d/b/a Majic Entertainment LLC d/b/a Adrawn Music Publishing ("Plaintiff"). I write, with the consent of Plaintiff's counsel, pursuant to Rule I.E of Judge Gardephe's Individual Rules of Practice in Civil Cases, paragraphs 1.E and 1.F of Judge Gorenstein's Individual Practices, and paragraph 8 of Judge Gorenstein's Standing Order Applicable to Video Settlement Conferences (ECF 238 at 5), to respectfully request adjustment of the deadlines set by Judge Gardephe's October 28, 2026 Order (ECF 240) and of the settlement conference scheduled by Judge Gorenstein's October 28, 2026 Order (ECF 238).

In ECF 240, Judge Gardephe directed the parties to revise and refile their proposed joint pretrial order, motions in limine, voir dire requests, requests to charge, and trial memoranda by November 13, 2026, with responsive papers due November 20, 2026, and to submit courtesy copies to Chambers as Rule VI of Judge Gardephe's Individual Rules requires. ECF 240 at 1, 4. In ECF 238, Judge Gorenstein scheduled a settlement conference by video for Wednesday, November 18, 2026, at 10:00 a.m. ECF 238 at 1.

I have conferred with Plaintiff's counsel, and we are both committed to revising the pretrial submissions in accordance with Judge Gardephe's Individual Rules and the instructions in ECF 240, and to working together to narrow or eliminate any remaining items of disagreement.

I will be out of the country from November 10 through November 16, 2026, and again from November 20 through December 2, 2026. This presents a challenge to revising the materials on the current schedule, and especially to the delivery of printed courtesy copies to Chambers. I am therefore respectfully requesting the following adjustments to the schedule:

(1) **Revised pretrial submissions, with printed courtesy copies:** from November 13, 2026 to November 18, 2026.

(2) **Responses to the pretrial submissions, with printed courtesy copies:** from November 20, 2026 to December 4, 2026.

(3) **Settlement conference:** adjourned from November 18, 2026 to December 7, 2026, at 10:00 a.m., a date and time that Judge Gorenstein's Chambers has advised is available for the Court and on which counsel for both parties are available.

Any motion to file redacted versions of the revised submissions would be filed contemporaneously with them, as ECF 240 requires. ECF 240 at 4. The deadlines under ECF 238 and the Standing Order that are keyed to the conference date, including the confidential settlement letters and acknowledgment forms under paragraph 3 and the settlement demand and response, would run from the new conference date.

This is the parties' first request to extend the deadlines set in ECF 240 and the first request to adjourn the conference scheduled in ECF 238. The prior deadline for pretrial submissions was extended once, by 30 days, from September 25, 2026 to October 26, 2026 (ECF 224; ECF 226), and the date set by the January 16, 2026 Order (ECF 214) was previously extended by 60 days via the May 15, 2026 Order (ECF 220). Both of those requests were granted. No other scheduled date or deadline would be affected.

Plaintiff's counsel consents to the foregoing requests, which is appreciated. We thank the Court for its consideration.

Respectfully submitted,

Hillel I. Parness

cc: Counsel of Record (via ECF)

(1) The proposed filing schedule is approved. (2) The settlement conference is adjourned to December 7, 2026, at 10:00 a.m. Submissions are due December 1, 2026. The provisions of Docket # 238 otherwise are in effect.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 4, 2026