KEITH WHITE, PLLC
ATTORNEY & COUNSELOR AT LAW

396 WAVERLY AVENUE BROOKLYN, NY 11238

(Tel) 718-403-9261 (email) keith@keithwhitelaw.com

November 18, 2026

**VIA ECF**

Honorable Paul G. Gardephe, U.S.D.J.
United States District Court for the
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Catala v. Shin*, No. 18 Civ. 8401 (PGG)

Dear Judge Gardephe:

My office represents Plaintiff Juan Catala d/b/a Majic Entertainment LLC d/b/a Adrawn Music Publishing in the above-referenced action. I write to advise the Court that Plaintiff is furnishing courtesy copies of the following pretrial submissions to Chambers by courier, for overnight delivery:

1. the proposed Joint Pretrial Order, including the Joint Proposed Voir Dire, Joint Requests to Charge, and Joint Proposed Verdict Sheet submitted as Exhibits A, B, and C (Dkt. No. 244);
2. Plaintiff's Trial Memorandum (Dkt. No. 266);
3. Plaintiff's Notice of Motions in Limine Nos. 1-13, Memorandum of Law, and the Declaration of Keith White with exhibits (Dkt. Nos. 267-268);
4. the Exhibit List, comprising the Joint Exhibits list and Plaintiff's and Defendant's exhibit charts (Charts 2A, 3, and 4 of the Joint Pretrial Order);
5. Plaintiff's Exhibits; and
6. the Joint Exhibits, JX 1 through JX 17.

The courier is Express Copy & Print, 228 East 45th Street, Ground Floor, New York, New York 10017, (212) 599-3103. The courtesy copies are expected to reach Chambers on November 19, 2026.

The Joint Pretrial Order provided that one set of courtesy copies would be submitted to Chambers on the date of filing. Plaintiff is sending the set overnight rather than delivering it by hand today, and respectfully apologizes for any inconvenience to the Court.

The courtesy set includes the complete, unredacted 2018 Settlement Agreement (JX 4 / P-8.7), which has been filed provisionally under seal subject to the parties' Rule II.B letter motion. That exhibit is in a separately sealed envelope marked "Filed Under Seal." Exhibits filed in redacted

form pending the Rule II.B letter motion are included in both their redacted and unredacted versions, each clearly marked.

Thank you for the Court's attention to this matter.

Respectfully submitted,

/s/ Keith White
Keith White
KEITH WHITE, PLLC
*Counsel for Plaintiff Juan Catala*

cc: Hillel I. Parness, Esq.,
Parness Law Firm, PLLC,
counsel for Defendant (via ECF)

## References


1. show_temp (11).pdf, Page 0
2. show_temp (11).pdf, Page 0
3. show_temp (11).pdf, Page 0
4. show_temp (11).pdf, Page 0
5. show_temp (11).pdf, Page 22
6. show_temp (11).pdf, Page 21
7. show_temp (11).pdf, Page 22
8. show_temp (11).pdf, Page 22
9. show_temp (11).pdf, Page 22
10. show_temp (11).pdf, Page 22
11. show_temp (11).pdf, Page 22
12. show_temp (11).pdf, Page 22
13. show_temp (11).pdf, Page 29