Shapiro Arato Bach LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

William I. Taylor
wtaylor@shapiroarato.com
Direct: 212-257-4887

November 19, 2026

**VIA ECF**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 1000

RE: *Catala v. Joombas Co. Ltd. et al.*, Case No. 1:18-cv-08401-PGG

Dear Judge Gardephe,

We represent Warner Chappell Music Korea Inc. ("WCM Korea"), a non-party with an interest in redacting portions of three exhibits that were filed yesterday, November 18, 2026, provisionally under seal. *See* ECF 245.[1] We write to confirm that our deadline to file a letter seeking redactions to the public versions of those exhibits is Monday, November 23.

The letter filed jointly by the parties at Dkt. 245 indicates that any letter by WCM Korea seeking to redact material in the exhibits filed yesterday is due this Saturday, November 21. *See* Dkt. 245 at 2.

The Court's Individual Rules of Practice provide:

> When a party seeks leave to file sealed or redacted materials on the ground that an opposing party or third party has requested it, that party shall notify the opposing party or third party that it must file, **within three days**, a letter explaining the need to seal or redact the materials.

Individual Rules of Practice § II(B) (emphasis added).

Rule 6 of the Federal Rules of Civil Procedure provides that "in any local rule or court order," when a period of time is "stated in days," that period will "exclude the day of the event that triggers the period" and "if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(1).

---

[1] WCM Korea appears in this action for the limited purpose of requesting certain redactions to confidential documents. WCM Korea reserves and does not waive any future defense or objection in this or any other action, including on grounds of lack of personal jurisdiction.

Accordingly, we respectfully request confirmation that our deadline to file a letter seeking redactions to the exhibits filed by the parties yesterday, November 18, 2026, is Monday, November 23, 2026 and not Saturday, November 21, 2026.

Sincerely,

/s/ William I. Taylor
William I. Taylor